# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

CR 18 0404 CRB

MILES PETER MCDERMOTT,
ANGEL OCTAVIO PERAZA-GARCIA, and
ANTHONY MICHAEL MORAN,



DEFENDANT(S).

## INDICTMENT

VIOLATIONS:  21 U.S.C. § 841(a)(1) – Distribution of Controlled Substance; 18 U.S.C. § 922(o)(1) – Possession and Transfer of a Machinegun; 18 U.S.C. § 922(j) – Possession of a Stolen Firearm; 18 U.S.C. § 922(g)(5) -- Possession of Firearm by Illegal Alien; 21 U.S.C. § 853, 18 U.S.C. § 924(d) – Criminal Forfeiture;

A true bill.

_____ Foreman

Filed in open court this __30__ day of __AUGUST 2018__

_____ Clerk

NO BAIL WARRANT

Bail $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct. 1: 21 U.S.C. § 841(a)(1) – Distribution of Controlled Substance
Cts. 2 & 5: 18 U.S.C. § 922(o)(1) – Possession and Transfer of a Machinegun
Ct. 3: 18 U.S.C. § 922(j) – Possession of a Stolen Firearm
21 U.S.C. § 853, 18 U.S.C. § 924(d) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Ct. 1: Up to 20 years imprisonment; Supervised Release of 3 years to life; Fine of up to $1 million; $100 Special Assessment

Cts. 2, 3, and 5: Up to 10 years imprisonment; Supervised Release of up to 3 years; Fine of up to $250,000; $100 Special Assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ MILES PETER MCDERMOTT

DISTRICT COURT NUMBER
**CR 18  0404  CRB**

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA/ATF

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Nikhil Bhagat

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
AUG 30 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:               Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct. 3: 18 U.S.C. § 922(j) – Possession of a Stolen Firearm
Ct. 4: 18 U.S.C. § 922(g)(5) – Possession of Firearm by Illegal Alien

18 U.S.C. § 924(d) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Cts. 2 and 4: Up to 10 years imprisonment; Supervised Release of up to 3 years; Fine of up to $250,000; $100 Special Assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S.**
▶ ANGEL OCTAVIO PERAZA-GARCIA

**DISTRICT COURT NUMBER**
CR 18 0404 CRB

(SEALED COURT ORDER stamp)

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

FILED
AUG 30 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA/ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Nikhil Bhagat

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                  Before Judge:

Comments:

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Ct. 5: 18 U.S.C. § 922(o)(1) – Possession & Transfer of Machinegun

18 U.S.C. § 924(d) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Up to 10 years imprisonment; Supervised Release of up to 3 years; Fine of up to $250,000; $100 Special Assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**DEFENDANT - U.S**

▶ ANTHONY MICHAEL MORAN

DISTRICT COURT NUMBER

CR 18 0404 CRB

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA/ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☑ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Nikhil Bhagat

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED
AUG 30 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

ALEX G. TSE (CABN 152348)
United States Attorney

**FILED**
AUG 30 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILES PETER MCDERMOTT,<br>ANGEL OCTAVIO PERAZA-GARCIA, and<br>ANTHONY MICHAEL MORAN,<br><br>Defendants. | No. CR 18 0404 CRB<br><br>VIOLATIONS: 21 U.S.C. § 841(a)(1) – Distribution of Controlled Substance; 18 U.S.C. 922(o)(1) –Possession & Transfer of Machinegun; 18 U.S.C. 922(j) –Possession of Stolen Firearm; 18 U.S.C. § 922(g)(5) – Possession of Firearm by Illegal Alien; 21 U.S.C. § 853(a) & 18 U.S.C. § 924(d) – Criminal Forfeiture<br><br>SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE:</u>     (21 U.S.C. § 841(a)(1) – Distribution of a Controlled Substance)

On or about March 21, 2018, in the Northern District of California, the defendant,

MILES PETER MCDERMOTT,

did knowingly and intentionally possess with intent to distribute and distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

INDICTMENT                                               2

COUNT TWO:     (18 U.S.C. § 922(o)(1) – Possession and Transfer of a Machinegun)

On or about May 11, 2018, in the Northern District of California, the defendant,

MILES PETER MCDERMOTT,

did knowingly possess and transfer a machinegun, to wit: a 5.56 NATO caliber M16-type firearm, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

COUNT THREE:     (18 U.S.C. § 922(j) – Possession of a Stolen Firearm)

On or about May 16, 2018, in the Northern District of California, the defendants,

MILES PETER MCDERMOTT and
ANGEL OCTAVIO PERAZA-GARCIA,

did possess, sell, and dispose of a firearm, to wit: a Smith & Wesson .556 caliber M&P rifle bearing serial number SR 21589, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

COUNT FOUR:     (18 U.S.C. § 922(g)(5) – Possession of a Firearm by an Illegal Alien)

On or about July 2, 2018, in the Northern District of California, the defendant,

ANGEL OCTAVIO PERAZA-GARCIA,

then being an alien illegally and unlawfully in the United States, did knowingly possess firearms, to wit: a black Smith and Wesson .223 caliber AR-style rifle, a Diamondback assault-style pistol, serial number DB1537849; a Mossberg 12 Gauge Pump Action Shotgun, serial number V0598543, and an FN (Canadian Arsenal) .45 caliber semi-automatic handgun, serial number FX3V088146, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5) and 924(a)(2).

COUNT FIVE:     (18 U.S.C. § 922(o)(1) – Possession and Transfer of a Machinegun)

On or about August 2, 2018, in the Northern District of California, the defendants,

MILES PETER MCDERMOTT and
ANTHONY MICHAEL MORAN,

INDICTMENT                                         3

did knowingly possess and transfer a machinegun, to wit: a MADDI 7.62 caliber RML firearm bearing serial number ES11882, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

FORFEITURE ALLEGATIONS:    (21 U.S.C. § 853, 18 U.S.C. § 924(d) – Criminal Forfeiture)

1. The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

2. Upon a conviction of any offense alleged in Count One, the defendant,

MILES PETER MCDERMOTT,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation, including but not limited to a forfeiture money judgment.

3. Upon a conviction of any of the offenses alleged in Counts Two, Three, Four, or Five, the defendants,

MILES PETER MCDERMOTT,
ANGEL OCTAVIO PERAZA-GARCIA, and
ANTHONY MICHAEL MORAN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 924(d), all right, title, and interest in any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(5), 922(j), and 922(o)(1) as listed in Counts Two, Three, Four, and/or Five, respectively, including, but not limited to, the following:

    a. one 5.56 NATO caliber M16-type firearm possessed by defendant MILES PETER MCDERMOTT on or about May 11, 2018;

    b. a Smith & Wesson .556 caliber M&P rifle bearing serial number SR 21589;

    c. a black Smith and Wesson .223 caliber AR-style rifle, a Diamondback assault-style pistol, serial number DB1537849; a Mossberg 12 Gauge Pump Action Shotgun, serial number

| | |
|---|---|
| 1 | V0598543, and an FN (Canadian Arsenal) .45 caliber semi-automatic handgun, serial |
| 2 | number FX3V088146, and all ammunition seized in or with the firearms located at 655 |
| 3 | John Muir Drive, Apartment 318, San Francisco, California, on July 2, 2018; and |
| 4 | d. a MADDI 7.62 caliber RML firearm bearing serial number ES11882 possessed by |
| 5 | defendant MILES PETER MCDERMOTT on or about August 2, 2018. |

4. If, as a result of any act or omission of the defendants, any of said property

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendants have in any other property, up to the value of the property described in paragraph 2 above, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

All in violation of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

DATED: 8/30/18

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ALEX G. TSE
United States Attorney

_____
THOMAS A. COLTHURST
Chief, OCDETF Section

(Approved as to form: _____ )
Nikhil Bhagat
Assistant U.S. Attorney

INDICTMENT                                    5

3:18-CR-404-CRB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
USA v. MILES PETER MCDERMOTT, et al.          **CASE NUMBER:**

| | | | |
|---|---|---|---|
| **This Case Under Seal?** | Yes ✓ | No | |
| **Total Number of Defendants:** | 1 | 2-7 ✓ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK ✓ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Nikhil Bhagat          **Date Submitted:** 8/30/2018

**Comments:**

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)